■ In the Matter of WILFRID E. MARRIN, a Suspended Attorney. [736 NYS2d 861] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof, as indicated. Concur—Sullivan, P. J., Rosenberger, Nardelli, Williams and Tom, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. EILEEN MARY SMITH, Admitted in 1987, at a Term of the Appellate Division, Second Department. [731 NYS2d 610] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 257 AD2d 127.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RANDALL ROSENBAUM (Admitted as RANDALL B. ROSENBAUM), Admitted in 1992, at a Term of the Appellate Division, Second Department. [731 NYS2d 610] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 257 AD2d 127.]